UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAMUEL ALEJANDRO CARDOVA RODRIGUEZ,

                    Petitioner,

        v.

MARKWAYNE MULLIN, et al.,

                    Respondent.

Case No. 2:26-cv-02037-TLF

ORDER GRANTING HABEAS PETITION

        …

        Immigration detainee, Samuel Alejandro Cordova Rodriguez, filed a habeas corpus petition under 28 U.S.C. § 2241 alleging a violation of his Fifth Amendment due process rights. Dkt. 1. He petitions the Court for (1) a writ of habeas corpus ordering respondents to immediately release him from detention and enjoin re-detention without notice and hearing, as well as narrowly tailored conditions of release; (2) a declaration that his re-detention violated the Due Process Clause of the Fifth Amendment, and (3) a declaration that the revocation of his liberty without notice, a hearing, or review before a neutral decisionmaker violated petitioner's constitutional rights; and (4) an award of reasonable attorney fees and costs. *Id*. at 13-14.

        On July 26, 2026, the government filed a response stating: "Federal Respondents do not oppose the habeas petition." Dkt. 5 at 1.

ORDER GRANTING HABEAS PETITION - 1

Parties unanimously consented to the jurisdiction of a Magistrate Judge. Dkt. 3. Accordingly, the Court GRANTS the petition for writ of habeas corpus and ORDERS:

(1) The government shall release petitioner from custody within 24 hours of the filing of this Order, under his most recent conditions of release.

(2) Petitioner is entitled to notice and a pre-deprivation hearing at which a neutral decision-maker must determine – before arrest and the government bears the burden of establishing by clear and convincing evidence that a valid basis exists for his detention. *Singh v. Holder*, 638 F.3d 1196, 1203 (9th Cir. 2011) ("the government must prove by clear and convincing evidence that an alien is a flight risk or a danger to the community to justify denial of bond."); *Pablo Sequen v. Albarran,* No. 25-CV-06487-PCP, 2025 WL 2935630, at *13–14 (N.D. Cal. Oct. 15, 2025).

(3) Under the Declaratory Judgment Act, 28. U.S.C. § 2201 et seq., the Court declares the petitioner's arrest and re-detention without a pre-deprivation individualized hearing before a neutral decision maker violates the Due Process Clause under the Fifth Amendment.

(4) The Government shall file a certification that petitioner has been released from immigration custody within 48 hours of the date and time this order was issued.

(5) The Court will entertain any post-judgment motion for attorney's fees, as requested in the petition.

Dated this 30th day of June, 2026.

ORDER GRANTING HABEAS PETITION - 2

Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING HABEAS PETITION - 3